Gil D. Messina
*Admitted Pro Hac Vice*
MESSINA LAW FIRM, P.C.
961 Holmdel Road
Holmdel, NJ  07733
Email:  gmessina@messinalawfirm.com

Joseph M. Alioto
*Admitted Pro Hac Vice*
ALIOTO LAW FIRM
One Sansome Street,  35th Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email:  jmalioto@aliotolaw.com
        jmiller@aliotolaw.com

Attorney for the Clayton Plaintiffs

[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No.: |
| AMR CORPORATION, et al. | 11-15463 (SHL) |
| Debtors. | (Jointly Administered) |
| | ADV. NO.  13-01392 (SHL) |
| Carolyn Fjord, *et al*. | |
| Plaintiffs, | USDC Civil Case No.: 1:13-mc-00408 |
| v. | (LAP)_____ |
| AMR CORPORATION, AMERICAN AIRLINES, and US AIRWAYS GROUP, INC. and US AIRWAYS, INC., | |
| Defendants. | |

### AMENDED EMERGENCY NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Carolyn Fjord, *et al*., hereby appeal to the United States Court of Appeals for the Second Circuit from the December 6, 2013, Order Denying Motion for Stay Pending Appeal of the United States District Court for the Southern District of New York:

*Notice of Appeal*

The names of all the parties to the Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1. The Clayton Plaintiffs, Appellants in this action: Carolyn Fjord, Katherine R. Arcell, Keith Dean Bradt, Judy Bray, Jose' M. Brito, Jan Marie Brown, Robert D. Conway, Judy Crandall, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Don Freeland, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Valarie Ann Jolly, Gail S. Kosach, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Deborah M. Pulfer, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, Christine O Whalen are represented in this action by Joseph M. Alioto, Alioto Law Firm, One Sansome Street, 35th Floor, San Francisco, CA 94104, Telephone: 415-434-8900, Facsimile: 415-434-9200; Gil Messina, Messina Law Firm, 961 Holmdel Road, Holmdel, NJ 7733, Telephone: 742-332-9300, Facsimile: 742-332-9301; Derek Howard, Minami Tamaki, LLP, 360 Post Street, 8th Floor, San Francisco, CA 94109, Telephone: 415-788-9000; Facsimile 415-398-3887; and Robert J. Brodegaard, Brodegaard & Associates, LLC, 110 E. 59th St., 23rd Floor, New York, NY 10022, Telephone 212-813-0620, Facsimile 646-355-1920.

2. AMR Corporation, Debtors and Defendants in the Adversary Proceeding, the Appellees in this action, are represented by Stephen Karotkin, Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, NY 10153, Telephone: (212) 310-8350; Facsimile: (212) 310-8007, Email: Stephen.karotkin@weil.com and John M. Majoras, Jeffrey A. LeVee, Rosanna K. McCalips, Jones Day, 51 Louisiana Avenue, NW, Washington, D.C. 20001, Telephone: 202-879-3939, Emails: jmmajoras@jonesday.com, jlevee@jonesday.com, rkmccalips@jonesday.com, and all other counsel of record.

3. US Airways Group, Inc., and US Airways, Inc., Defendants in the Adversary Proceeding, the Appellees in this action, are represented by Sadik Huseny, Alfred Carroll Pfeiffer, Jr., Daniel Murray Wall, Latham and Watkins, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111; Telephone: (415) 391-0600; Facsimile: (415) 395-8095 Email: Sadik.Huseny@lw.com; Elif.Kimyacioglu@lw.com.

4. The Unsecured Committee of Creditors, Intervenors in the Adversary proceeding, who are represented by Kenneth B. Schwartz, Skadden Arps, 4 Times Square, New York, NY 10036, Telephone: 212-735-3000, Email: ken.schwartz@skadden.com.

Dated:  December 9, 2013

By:     s/ Gil D. Messina
      Gil D. Messina

Joseph M. Alioto
*Admitted Pro Hac Vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:  (415) 434-8900
Facsimile:   (415) 434-9200
Email: jmalioto@aliotolaw.com
      jmiller@aliotolaw.com

*Attorneys for Plaintiffs*
[ADDITIONAL COUNSEL LISTED ON LAST PAGE)

- 1 -

**PLAINTIFFS COUNSEL:**

Gil D. Messina
*Admitted Pro Hac Vice*
MESSINA LAW FIRM, P.C.
961 Holmdel Road
Holmdel, NJ  07733
Telephone:  (732) 332-9300
Facsimile:  (732) 332-9301
Email: gmessina@messinalawfirm.com
         tmay@messinalawfirm.com

Robert J. Brodegaard
Brodegaard & Associates, LLC
110 E. 59th Street, 23 Floor
New York, NY  10022
Telephone: 212-813-0620
Email:  rfb@brodegaardlaw.com

## **PROOF OF SERVICE**

ALL PARTIES ON THE COURT'S DOCKET:

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is One Sansome Street, 35th Floor, San Francisco, CA 94104. On December 6, 2013, I caused to be served: **Notice of Appeal,** and on December 9, 2013, an **Amended Notice of Appeal**

On the above-named persons by:

  __X__        Via E-mail to Defendants' Counsel, following oral notification on December 6, 2013, of the intention to file a Notice of Appeal.

I declare under the penalty of perjury that the foregoing is true and correct.


Dated:  December 9, 2013                                     _____*/s/ Gil D. Messina*_____